# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| WISER COMPANY, LLC, | ) |
| | ) |
| Plaintiff, | ) CASE NO. 3:13-00896 |
| | ) JURY DEMAND |
| v. | ) |
| | ) JUDGE SHARP/ |
| JOHN A. KINCAID, | ) MAGISTRATE JUDGE |
| MICHAEL A. MEASELS, and | ) KNOWLES |
| R. SCOTT BEARD, | ) |
| | ) |
| Defendants. | ) |

**AMENDED CASE MANAGEMENT ORDER AND TRIAL DATE**

As evidenced by the signatures of counsel below, the parties have agreed to amend the Initial Case Management Order (Docket Entry 14). The deadlines are amended as follows:

F.  DISCOVERY: The parties shall complete all written discovery and depose all fact witnesses on or before November 20, 2014. Discovery is not stayed during dispositive motions, unless ordered by the Court. Local Rule 33.01(b) is expanded to allow 40 interrogatories, including sub-parts. No motions concerning discovery are to be filed until after the parties have conferred in good faith. Discovery motions are to be filed in accordance with the practice of the magistrate judge who will resolve any dispute(s).

G.  MOTIONS TO AMEND: The parties shall file all Motions to Amend on or before September 1, 2014.

H.  DISCLOSURE OF EXPERTS: The parties do not anticipate that experts will be needed in this case. If they are, Plaintiff shall identify and disclose all expert witnesses and

1

expert reports on or before October 15, 2014.  The Defendant shall identify and disclose all expert witnesses and reports on or before November 5, 2014.  Rebuttal experts, if any, shall be identified and disclosed (along with expert reports) on or before November 28, 2014.

    I.    DEPOSITIONS OF EXPERT WITNESSES:  The parties shall depose all expert witnesses on or before December 12, 2014.

    J.    JOINT MEDIATION REPORT:  The parties shall file a joint mediation report on or before October 6, 2014.

    [K.] DISPOSITIVE MOTIONS:  The parties shall file all dispositive motions on or before December 8, 2014.  Responses to dispositive motions shall be filed within twenty-one (21) days after the filing of the motion.  Briefs shall not exceed 30 pages.  Optional replies may be filed within seven (7) days after the filing of the response and shall not exceed ten (10) pages.

    L.  This case is set for trial on April 28, 2015.  The pretrial conference is set for April 13, 2015, at 1:30 p.m. before Judge Sharp.

    It is so ORDERED.

_____
MAGISTRATE JUDGE KNOWLES

**APPROVED FOR ENTRY:**

/s/ Warren Lightfoot by tgh w/ permission
Warren B. Lightfoot
Mitchell D. Greggs
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618
205.254.1000
205.254.1999 Fax
wlightfoot@maynardcooper.com
mgreggs@maynardcooper.com
*Admitted Pro Hac Vice*
*Attorneys for Defendants/Counter Plaintiffs, R. Scott Beard and Michael Measels*


/s/ Sonya Wright by tgh w/ permission
Amy J. Farrar, (BPR No. 024420)
Sonya S. Wright, (BPR No. 023898)
Joshua A. Jenkins, (BPR No. 030206)
HAGAN & FARRAR, PLLC
106 N. Church Street
Murfreesboro, TN  37130
(615) 800-4747, telephone
(615) 900-3473, facsimile
amy@haganfarrar.com
sonya@haganfarrar.com
josh@haganfarrar.com

*Attorneys for Plaintiff*

/s/ Tim Harvey_____
John Jacobson, (BPR No. 014365)
Tim Harvey, (BPR No. 021509)
Riley Warnock & Jacobson, PLC
1906 West End Ave.
Nashville, TN 37203
615-320-3700, telephone
615-320-3737, facsimile
jjacobson@rwjplc.com
tharvey@rwjplc.com

*Attorneys for Defendant John Kincaid*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by the Court's electronic case filing system, on this the 18th day of June, 2014 to:

Amy J. Farrar
Sonya S. Wright
Joshua A. Jenkins
HAGAN & FARRAR, PLLC
106 North Church Street
Murfreesboro, TN 37130

William L. Campbell, Jr.
FROST BROWN TODD LLC
150 Third Avenue South, Suite 1900
Nashville, Tennessee 37201

Warren B. Lightfoot, Jr.
Mitchell D. Greggs
MAYNARD COOPER & GALE PC
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203

/s/ Tim Harvey_____
Attorney